1  JEREMY J. THOMPSON
   Nevada Bar No. 12503
2  **CLARK HILL PLLC**
   3800 Howard Hughes Drive, Suite 500
3  Las Vegas, Nevada 89169
   E-mail: jthompson@clarkhill.com
4  Telephone: (702) 862-8300
   Facsimile: (702) 862-8400
5  *Attorney for Defendant*
   *Equifax Information Services LLC*
6

7

8  UNITED STATES DISTRICT COURT
   DISTRICT OF NEVADA
9

10 LYDIA T. RIVERA,                                    ) Case No. 2:20-cv-01931-JCM-DJA
                                                       )
11                Plaintiff,                           )
                                                       )
12 vs.                                                 ) **JOINT STIPULATION FOR**
                                                       ) **EXTENSION OF TIME FOR**
13 EQUIFAX INFORMATION SERVICES LLC,                   ) **DEFENDANT EQUIFAX**
                                                       ) **INFORMATION SERVICES LLC TO**
14                Defendant.                           ) **FILE ANSWER**
                                                       )
15                                                     ) **SECOND REQUEST**
                                                       )
16

17        Defendant Equifax Information Services LLC ("Equifax") has requested an extension of

18 time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has

19 no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED

20 to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move

21 or otherwise respond to the Complaint in this action is extended from December 11, 2020 through

22 and including **January 11, 2021**. The request was made by Equifax so that it can have an

23 opportunity to collect and review its internal files pertaining to the allegations in the Complaint,

24 and Plaintiff approves. This stipulation is filed in good faith and not intended to cause delay.

25        Respectfully submitted, this 11th day of December, 2020.

26

27

28

| | |
|---|---|
| CLARK HILL PLLC | **<u>No opposition</u>** |
| By: /s/Jeremy J. Thompson<br>Jeremy J. Thompson<br>Nevada Bar No. 12503<br>3800 Howard Hughes Pkwy,<br>Suite 500<br>Las Vegas, NV 89169<br>Tel: (702) 862-8300<br>Fax: (702) 862-8400<br>Email: jthompson@clarkhill.com<br><br>*Attorney for Defendant Equifax Information Services LLC* | /s/ David H. Krieger<br>David H. Krieger, Esq.<br>Shawn W. Miller, Esq.<br>Nevada Bar No. 9086<br>KRIEGER LAW GROUP, LLC<br>2850 W. Horizon Ridge Blvd., Suite 200<br>Henderson, NV 89052<br>Phone: (702) 848-3855<br>Fax: (702) 385-5518<br>Email: dkrieger@kriegerlawgroup.com<br><br>*Attorneys for Plaintiff* |

IT IS SO ORDERED:

_[signature]_

United States Magistrate Judge

DATED: December 14, 2020

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been served this 11th day of December, 2020, via CM/ECF, upon all counsel of record:

David H. Krieger, Esq.
Haines & Krieger, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
dkrieger@hainesandkrieger.com

By: /s/ Jeremy J. Thompson
Jeremy J. Thompson
Nevada Bar No. 12503
3800 Howard Hughes Pkwy, Suite 500
Las Vegas, NV 89169
Tel: (702) 862-8300
Fax: (702) 862-8400
Email: jthompson@clarkhill.com