David Krieger, Esq.
Nevada Bar No. 9086
Shawn Miller, Esq.
Nevada Bar No. 7825
KRIEGER LAW GROUP, LLC
2850 W. Horizon Ridge Parkway
Suite 200
Henderson, Nevada 89052
Phone: (702) 848-3855
Email: dkrieger@kriegerlawgroup.com
Email: smiller@kriegerlawgroup.com

**IN THE UNITED STATES DISCTRICT COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| LYDIA T. RIVERA, | ) Case No. 2:20-cv-01931-JCM-DJA )  ) |
| Plaintiff, | ) ) |
| v. | ) **STIPULATION AND ORDER** ) **DISMISSING ACTION WITH** |
| EQUIFAX INFORMATION SERVICES, LLC, | ) **PREJUDICE** ) ) |
| Defendant. | ) |

## **STIPULATION**

Plaintiff Lydia T. Rivera and Equifax Information Services, LLC hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in accordance with Fed. R.

…

…

…

…

…

…

…

…

Civ. P. 41 (a)(2). Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

Dated: April 20, 2021

| By: | /s/ David Krieger, Esq.<br>David Krieger, Esq.<br>KRIEGER LAW GROUP, LLC<br>2850 W. Horizon Ridge Parkway<br>Suite 200<br>Henderson, Nevada 89052<br>*Attorney for Plaintiff* | By: | /s/ Jeremy J. Thompson, Esq.<br>Jeremy J. Thompson, Esq.<br>CLARK HILL PLLC<br>3800 Howard Hughes Parkway<br>Suite 500<br>Las Vegas, NV 89169<br>*Attorney for Defendant* |
|---|---|---|---|

## ORDER

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: April 26, 2021